[No. 33184-9-III.   Division Three.   May 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO TOLENTINO-CUEVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-01043-9, Cameron Mitchell, J., entered March 4, 2015. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 33315-9-III.   Division Three.   May 12, 2016.]

*In the Matter of the Estate of* RANDALL W. TRAVIS.

CARMEL TRAVIS, *Appellant*, v. LETA TRAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for Garfield County, No. 4-2200, Scott D. Gallina, J., entered April 13, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 33323-0-III.   Division Three.   May 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LINVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-00053-9, Alex Ekstrom, J., entered April 14, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.